UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                       :
UNITED STATES OF AMERICA               :
                                       :
   - v. -                              :
                                       :    **23 Cr. 620 (JPO)**
ADRON DOUGLAS,                         :
                                       :
            Defendant.                 :
                                       :
------------------------------------- x

WHEREAS, with the defendant's consent, his guilty plea allocution was made before a United States Magistrate Judge on November 28, 2023;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

SO ORDERED:

Dated:      New York, New York
            November 30, 2023

                                        _____
                                        J. PAUL OETKEN
                                        United States District Judge